IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 20-cv-02245-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff hereby moves the Court to issue a classwide preliminary injunction enjoining the application of the Title 42 Process to Plaintiff and Class Members. Pursuant to Local Civil Rule 7(m), Plaintiff contacted counsel for the government for their position on this Motion. Government counsel stated that Defendants oppose this Motion.

In support of this motion, Plaintiff and Class Members rely upon the attached memorandum of points and authorities, the accompanying declarations, and the filings in this case. A proposed order is attached.

Pursuant to Local Civil Rule 65.1(d), Plaintiff respectfully requests oral argument on this Motion no later than 21 days after the date of this filing. As set forth in Plaintiff's Motions for Preliminary Injunction and for Class Certification, and the accompanying declarations, this case involves unaccompanied children who are subject to swift expulsion pursuant to a novel invocation of the public health provisions of Title 42 of the U.S. Code. The scheme challenged in this case is called the "Title 42 Process." Defendants stated in June 2020 that, as of that time,

they had expelled approximately 2,000 unaccompanied children pursuant to the Title 42 Process. Recent reports show that more such children are expelled every day. Due to the irreparable harm faced by the children subject to the Title 42 Process, Plaintiff believes expedited consideration is warranted.

Dated: August 20, 2020

Respectfully submitted,

/s/*Lee Gelernt*_____

| | |
|---|---|
| Stephen B. Kang* | Lee Gelernt* |
| Cody Wofsy** | Daniel A. Galindo* |
| Morgan Russell* | Omar Jadwat** |
| Adrienne Harrold* | Celso J. Perez (D.C. Bar No. 1034959) |
| American Civil Liberties Union Foundation, | American Civil Liberties Union Foundation, |
| Immigrants' Rights Project | Immigrants' Rights Project |
| 39 Drumm Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94111 | New York, NY 10004 |
| Tel: (415) 343-0770 | Tel: (212) 549-2600 |
| | |
| Andre Segura | Robert Silverman*** |
| Kathryn Huddleston | Oxfam America |
| Rochelle Garza | Boston, MA 02115, Suite 500 |
| Brantley Shaw Drake | Tel: (617) 482-1211 |
| American Civil Liberties Union Foundation | |
| of Texas, Inc. | Scott Michelman (D.C. Bar No. 1006945) |
| 5225 Katy Freeway, Suite 350 | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Houston, Texas 77007 | American Civil Liberties Union Foundation of |
| Tel. (713) 942-8146 | the District of Columbia |
| | 915 15th Street NW, Second Floor |
| Karla M. Vargas*** | Washington, D.C. 20005 |
| Efren C. Olivares*** | Tel: (202) 457-0800 |
| Texas Civil Rights Project | |
| 1017 W. Hackberry Ave. | *Attorneys for Plaintiff* |
| Alamo, Texas 78516 | |
| Tel: (956) 787-8171 | |

*Admitted pro hac vice
**Pro hac vice application pending
***Pro hac vice application forthcoming

## **CERTIFICATE OF SERVICE**

Upon filing, I will cause a copy of this Motion, the supporting Memorandum of Law, and all accompanying declarations and exhibits, to be served on Defendants in this case via mail. I will also email copies of all the foregoing documents to counsel at the U.S. Department of Justice, specifically Jean Lin, Special Litigation Counsel at Jean.Lin@usdoj.gov, Bradley Craigmyle, Trial Attorney, at Bradley.T.Craigmyle@usdoj.gov, and Kevin Snell, Trial Attorney, at Kevin.Snell@usdoj.gov.

By: /s/ *Lee Gelernt*
LEE GELERNT