IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 20-cv-2245-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S
MOTIION FOR CLASSWIDE PRELIMINARY INJUNCTION**

| **Declaration** | **Accompanying Exhibits (If Any)** |
|---|---|
| **Declaration of Adrienne Harrold** | **Exhibit A -** Act of February 15, 1893, ch. 114, § 7, 27 Stat. 449 |
| | **Exhibit B -** Executive Order No. 5143, Restricting for the Time Being the Transportation of Passengers from Certain Ports in the Orient to a United States Port (June 21, 1929) |
| | **Exhibit C -** Regulations Governing the Embarkation of Passengers and Crew at Ports in China and the Philippine Islands and Their Transportation to the United States Ports Prescribed in Accordance with Executive Order Approved June 21, 1929 (July 11, 1929), included in Conn. Dep't of Health, *Connecticut Health Bulletin*, vol. 43, no. 9, 324-326 (Sept. 1929) |
| | **Exhibit D -** U.S. Dep't of Treasury, Quarantine Restrictions Upon Immigration to Aid in the Prevention of the Introduction of Cholera into the United States (Sept. 1, 1892) (circular), included in *Abstract of Sanitary Reports*, vol 7, no. 36, 445 (Sept. 2, 1892) |

**Exhibit E -** U.S. Customs & Border Protection, COVID-19 CAPIO Memorandum

**Exhibit F -** U.S. Customs and Border Protection, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions* (last updated August 6, 2020)

**Exhibit G -** Dara Lind and Lomi Kriel, *ICE Is Making Sure Migrant Kids Don't Have COVID-19 — Then Expelling Them to "Prevent the Spread" of COVID-19,* ProPublica (Aug. 10, 2020)

**Exhibit H -** Interim Report on the Use of Temporary Housing for Minors and Families Under Title 42 by Independent Monitor, filed in *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal July 22, 2020), ECF No. 873

| | |
|---|---|
| **Declaration of Chris Palusky** | N/A |
| **Declaration of Linda Corchado** | N/A |
| **Declaration of Lisa Frydman** | N/A |
| **Declaration of Taylor Levy** | N/A |
| **Declaration of Les Roberts, MPH, PhD, and Stephen Patrick Kachur, MD, MPH** | **Exhibit A -** Les Roberts curriculum vitae<br><br>**Exhibit B** - Stephen Patrick Kachur curriculum vitae |
| **Declaration of Mario Escobar Francisco (FILED UNDER SEAL)** | N/A |

Dated: August 20, 2020

Respectfully submitted,

/s/ *Lee Gelernt*_____
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorney for Plaintiff*