UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., a MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,<br><br>*Defendants*, | Civil Action No. 1:20-cv-02245 (EGS) |

**UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF FOR SCHOLARS OF REFUGEE AND IMMIGRATION LAW AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASSWIDE PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7(o), the scholars of refugee and immigration law listed below respectfully move for leave to file the attached *amici curiae* brief in support of Plaintiff's Motion for Classwide Preliminary Injunction. Counsel for the *amici* has consulted with the parties, and both sides consent to the filing of the attached brief.

Amici curiae are scholars with expertise in United States and international law governing refugees and United States immigration law.

- T. Alexander Aleinikoff is University Professor at The New School and Director of the Zolberg Institute on Migration and Mobility; from 2010 to 2015, served as United Nations Deputy High Commissioner for Refugees; and is co-author of a leading textbook, *Immigration and Citizenship: Process and Policy*.

- 1 -

- Deborah Anker is Clinical Professor of Law at Harvard Law School; Founder, Harvard Immigration and Refugee Clinic; and author of a leading treatise, *Law of Asylum in the United States*.

- James C. Hathaway is the James E. and Sarah A. Degan Professor of Law at Michigan Law, University of Michigan; founding director of Michigan Law's Program in Refugee and Asylum Law; and the author of *The Rights of Refugees under International Law*.

- Gerald L. Neuman is the J. Sinclair Armstrong Professor of International, Foreign, and Comparative Law at Harvard Law School; a Co-Director of the Human Rights Program at Harvard Law School; and the author of *Strangers to the Constitution: Immigrants, Borders and Fundamental Law*.

There is good cause to allow this brief's filing. Amici have collectively spent decades researching and writing about refugee and immigration law, and their brief is submitted to provide an overview of the protections that Congress has enacted into United States law for refugees and minors, often to effectuate principles of international law and United States treaty obligations.

For the foregoing reasons, amici curiae respectfully request that this motion for leave be granted.

Dated: August 21, 2020               Respectfully submitted,

/s/ Paul R.Q. Wolfson
PAUL R.Q. WOLFSON (#414759)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

NOAH A. LEVINE (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8875
Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, the foregoing was served by filing a copy using the Court's ECF filing system, which will provide notice to all counsel of record.

/s/ *Paul R.Q. Wolfson*
PAUL R.Q. WOLFSON (#414759)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363