IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | No. 1:20-cv-02245 (EGS) |

## JOINT STATUS REPORT PROPOSING BRIEFING SCHEDULE

Pursuant to this Court's Minute Order of August 21, 2020, the parties respectfully submit this joint status report and state as follows:

1. Plaintiff is a 16-year-old from Guatemala. On August 14, 2020, he brought this putative class action, challenging, inter alia, an order issued by the Director of the Centers for Disease Control and Prevention ("CDC") on March 20, 2020, which was extended on April 20, 2020, and amended and extended on May 20, 2020. The CDC Orders were issued pursuant to an Interim Final Rule issued on March 20, 2020. Simultaneously with his filing of the complaint, Plaintiff filed a Motion for Class Certification. ECF No. 2.

2. On August 20, 2020, Plaintiff filed a Motion for Classwide Preliminary Injunction. ECF No. 15. On August 21, 2020, the U.S. Attorney for the District of Columbia was served with the Complaint.

3. On August 21, 2020, this Court ordered the parties to file a joint status

report by no later than 12:00 pm on August 27, 2020, "with recommendations for further proceedings, including, inter alia, (1) proposed briefing schedule for [2] Motion to Certify Class; (2) whether plaintiffs' motion for classwide preliminary injunction should be consolidated with the merits under Federal Rule of Civil Procedure 65; and (3) recommendations for further proceedings including, if necessary, a briefing schedule for plaintiffs' motion for classwide preliminary injunction."

4.   The parties have met and conferred.  Counsel for Defendants have informed counsel for Plaintiff that the CDC expects to issue a Final Rule, as well as an amended CDC Order, soon.  There is a possibility that the Final Rule and amended CDC Order may take effect immediately.  If and when the Final Rule is issued, the parties will further meet and confer and advise the Court as to further proceedings.  Because the parties anticipate a new administrative record with the forthcoming Final Rule, the parties believe that it makes sense to proceed to briefing the preliminary injunction motion now but not briefing on summary judgment. Accordingly, they respectfully request that the Court adopt the following proposed briefing schedule for Plaintiffs' motions for preliminary injunction and class certification:

- September 8, 2020 – Defendants' opposition to Plaintiff's motions for preliminary injunction and class certification;
- September 15, 2020 – Plaintiff's replies in support of his motions for preliminary injunction and class certification.

Dated: August 27, 2020

Respectfully submitted,

 /s/ *Lee Gelernt*_____          ETHAN P. DAVIS
LEE GELERNT                                              Acting Assistant Attorney General
DANIEL A. GALINDO

2

| | |
|---|---|
| CELSO J. PEREZ<br>OMAR C. JADWAT<br>American Civil Liberties Union Foundation,<br>Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2600<br><br>*Attorneys for Plaintiff* | DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>/s/ *Jean Lin*<br>JEAN LIN (NY Bar 4074530)<br>Special Litigation Counsel<br>KEVIN SNELL<br>BRADLEY CRAIGMYLE<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>(202) 514-3716<br>Jean.Lin@usdoj.gov<br><br>*Attorneys for Defendants* |