IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-02245 |

## MOTION FOR ADMISSION, *PRO HAC VICE*, KARLA MARISOL VARGAS AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice*, of Karla Marisol Vargas, of the Texas Civil Rights Project, as additional counsel for Plaintiff in this case.

A declaration from Karla Marisol Vargas is submitted in support of this motion.

Dated: September 3, 2020

                                                Respectfully submitted,

                                         */s/ Celso J. Perez*
                                      Celso J. Perez (D.D.C. Bar No. 1034959)
                                      American Civil Liberties Union Foundation
                                      125 Broad Street, 18th Floor
                                      New York, NY 10004
                                      (646) 905-8935
                                      cperez@aclu.org

## CERTIFICATE OF SERVICE

I certify that, on September 03, 2020, I electronically transmitted the attached motion, accompanying declaration and proposed order using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

*/s/ Celso J. Perez*
Celso J. Perez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-02245<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF KARLA MARISOL VARGAS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Karla Marisol Vargas, hereby declare as follows:

1. My full name is Karla Marisol Vargas.

2. I am an attorney at the Texas Civil Rights Project. My office address is: 1017 West Hackberry Avenue, Alamo, Texas 78516.  My phone number is: (956) 787-8171 ext. 128.

3. I am member of the bar of the State of Texas (Bar No. 24076748) and am admitted to practice before the U.S District Court for the Southern District of Texas (Bar No. 3336176).

4. I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. In the past two years, I have been admitted *pro hac vice* to the U.S. District Court for the District of Columbia once, for *G.Y.J.P. v. Chad F. Wolf*, et al., 1:20-cv-01511.

6.      I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 3rd day of September 2020 in McAllen, Texas.

>*/s/ Karla Marisol Vargas*
> Karla Marisol Vargas
> Texas Civil Rights Project
> State Bar No. 24076748
> SDTX Bar No. 3336176
> 1017 West Hackberry Avenue
> Alamo, Texas 78516
> Tel: (956) 787-8171 ext. 128
> kvargas@texascivilrightsproject.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-02245 |

## [PROPOSED] ORDER

Upon consideration of the motion to admit Karla M. Vargas to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____                                  _____

                                                                                                   Hon. Emmet G. Sullivan