AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| P.J.E.S. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02245 |
| Chad F. Wolf, et.al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff P.J.E.S.

Date:  09/04/2020

*Attorney's signature*

Karla Marisol Vargas, Fed. Bar 3336176
*Printed name and bar number*

Texas Civil Rights Project
P.O. BOX 219
Alamo, TX 78516
*Address*

KVargas@texascivilrightsproject.org
*E-mail address*

(512) 731-2576
*Telephone number*

(956) 787-6348
*FAX number*