REDACTED PUBLIC VERSION

DECLARATION OF MARIO ESCOBAR FRANCISCO

1. I, Mario Escobar Francisco, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct. If called as a witness, I could and would testify as follows.

2. I am from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Guatemala. I am the father and next friend of plaintiff P.J.E.S.

3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I was a community leader.

▪ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▪ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▪ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I was scared for my life and decided to flee Guatemala for the United States in May 2019.

7. My community members are indigenous Q'anjob'al and speak the Q'anjob'al language. The people who harmed me were all non-indigenous Guatemalans and speak only Spanish.

1

8. After I left, the children of the people who harmed me continued to threaten my son, P.J.E.S. ▉

9. My son P.J.E.S. fled Guatemala because he is afraid he will be killed because of his connection to me, because of my political actions, and because he is indigenous Q'anjob'al. He also is in danger because he is Q'anjob'al, and the Guatemalan government does not protect indigenous people from being killed.

10. On Thursday, August 13, 2020, I received a call from my son, P.J.E.S. My son P.J.E.S. told me he was in U.S. government custody and that someone told him that he was going to be returned to Guatemala.

11. On Friday, August 14, 2020, I was able to find lawyers for my son. After they filed a federal case for him, I learned that the U.S. government was no longer going to send him back to Guatemala immediately, and instead would be sending him to a shelter for children. I have started the process of getting my son reunified with me.

This declaration has been read to me in Spanish by Maria Sajquim de Torres who is fluent in Spanish and English and competent to translate this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 20, 2020

_____
MARIO ESCOBAR FRANCISCO