UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P.J.E.S., a minor child by and through his father and next friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,**<br><br>**Defendants.** | Case No. 1:20-cv-2245 (EGS/GMH) |

**ORDER**

On September 14, 2020, the Immigration Reform Law Institute ("IRLI") filed a motion for leave to file an *amicus curiae* brief in opposition to Plaintiff's motion for a preliminary injunction. ECF No. 48.  According to IRLI, Defendant consents to its motion but Plaintiff opposes it in light of the fact that Plaintiff's reply brief on the preliminary injunction motion is due on September 15, 2020—that is, tomorrow—and he would thus have only a single day to respond to IRLI's arguments.  *Id.* at 1.

"The decision whether to allow a non-party to participate as an *amicus curiae* is solely within the broad discretion of the Court" and leave to appear may be granted "if the information offered is 'timely and useful.'"  *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp 841, 846 (D.D.C. 1996) (quoting *Waste Mgmt. of Pa. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)).  This Court's Local Civil Rules allow any party to "file an opposition to a motion for leave to file an amicus brief."  LCvR 7(o)(2).  Accordingly, it is hereby

2

      **ORDERED** that Plaintiff shall file any opposition to IRLI's motion for leave to file an *amicus curiae* brief (ECF No. 48) on or before September 16, 2020.  It is further

      **ORDERED** that Plaintiff's opposition shall include a representation as to when he could file a submission responding to IRLI's *amicus* brief, should its motion for leave to file be granted.

Date:  September 14, 2020

                                                                      G. MICHAEL HARVEY  
                                                                      UNITED STATES MAGISTRATE JUDGE