UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P.J.E.S., a minor child by and through his father and next friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,

    Defendants.

Case No. 1:20-cv-2245 (EGS/GMH)

**ORDER**

On September 22, 2020, the government filed a motion (1) to strike the Declaration of Mark Greenberg (ECF No. 52-4) filed in connection with Plaintiff's Reply brief in further support of his motion for a preliminary injunction or, in the alternative, (2) for leave to file the Supplementary Declaration of Jallyn Sualog, Deputy Director, Office of Refugee Resettlement (ECF No. 58-1) in support of its opposition to the motion for preliminary injunction (ECF No. 58). On September 24, 2020, pursuant to an expedited briefing schedule set by the Court, Plaintiff filed a response that opposed the motion to strike but consented to the motion for leave to file a new declaration. ECF No. 61 at 4. In consideration of those filings, as well as the government's reply, which, in light of Plaintiff's consent to the alternative relief it seeks, requests only that the Court grant its motion for leave to file the supplementary declaration (ECF No. 63 at 1), it is hereby

**ORDERED** that Defendants' motion to strike the Declaration of Mark Greenberg is **DENIED**. It is further

**ORDERED** that Defendant's motion for leave to file a new declaration is **GRANTED**. It is further

2

**ORDERED** that the Supplementary Declaration of Jallyn Sualog, Deputy Director, Office of Refugee Resettlement, attached as Exhibit A to Defendants' motion for leave to file, is deemed filed as of the date of this Order.

**SO ORDERED.**

Date:  September 25, 2020

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE