# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:20-cv-02245 |

## ORDER

Upon consideration of the motion to admit Ming Cheung to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____  _____
G. MICHAEL HARVEY
United States Magistrate Judge