IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,

        Plaintiff,

  v.

CHAD WOLF, Acting Secretary of Homeland Security, et al.,

        Defendants.

Civil Docket No. 1:20-cv-02245-EGS-GMH

## ORDER

Upon consideration of Defendants' Motion to Vacate Deadline for Defendants to Answer or Otherwise Respond to Complaint and to Set Schedule for Joint Status Report, and for good cause shown, the Motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, is vacated; and

it is further ORDERED that the parties shall file a joint status report within fourteen days from the date of issuance of this Court's order on Plaintiff's Motion for Classwide Preliminary Injunction, ECF No. 15.

Dated: _____

                                      _____
                                      G. MICHAEL HARVEY
                                      United States Magistrate Judge