UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.,*<br><br>*Defendants.* | Civil Action No. 1:20-cv-02245 |

**ORDER**

Upon consideration of the motion to admit Robert Silverman to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date: _____    _____
G. Michael Harvey
United States Magistrate Judge