IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAD WOLF, Acting Secretary of Homeland Security, et al.,<br><br>　　　　　Defendants. | Civil Docket No. 1:20-cv-02245-EGS |

## NOTICE OF APPEAL

　　NOTICE IS HEREBY GIVEN that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's November 18, 2020 Order (ECF No. 79) and Memorandum Opinion (ECF No. 80) granting a preliminary injunction.

Dated:  November 25, 2020

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JOHN V. COGHLAN
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　/s/ *Jean Lin*
　　　　　　　　　　　　　　　　　　　　JEAN LIN (NY Bar 4074530)
　　　　　　　　　　　　　　　　　　　　Special Litigation Counsel
　　　　　　　　　　　　　　　　　　　　KEVIN SNELL
　　　　　　　　　　　　　　　　　　　　TANYA SENANAYAKE (D.C. Bar 1006218)
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　Civil Division, Department of Justice

                                          1100 L Street, N.W.  
                                        Washington, D.C. 20005  
                                        (202) 514-3716  
                                        Jean.Lin@usdoj.gov  
                                        *Attorneys for Defendants*