**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>CHAD WOLF, Acting Secretary of Homeland Security, et al.,<br><br>          Defendants. | Civil Docket No. 1:20-cv-02245-EGS |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

P.J.E.S. A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,

    Defendants.

Case No.: 1:20-cv-02245-EGS

## DECLARATION OF ROBERT KADLEC, M.D., ASSISTANT SECRETARY FOR PREPAREDNESS AND RESPONSE, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

I, Robert Kadlec, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I am the Assistant Secretary for Preparedness and Response (ASPR) at the U.S. Department of Health and Human Services (HHS).

2. ASPR serves as the Secretary's principal advisor on matters related to public health emergencies, including the ongoing COVID-19 pandemic. ASPR leads the nation in preventing, responding to and recovering from the adverse public health effects of manmade and naturally occurring disasters and public health emergencies. ASPR coordinates interagency activities between HHS, other federal agencies, and state and local officials responsible for emergency preparedness and the protection of the civilian population from public health emergencies.

1

3.  One of ASPR's core functions is continually to assess the availability of healthcare resources needed to respond to public health emergencies like the COVID-19 pandemic, which includes continually assessing relevant metrics like hospital capacity.

4.  My testimony in this declaration is based upon my personal knowledge, including my medical training, my experiences at HHS and throughout my career, and information obtained from records and systems maintained by ASPR and ASPR personnel that was conveyed to me in the regular course of performing my duties.

5.  I am testifying in this declaration to the best of my knowledge, and understand that this declaration is being submitted in the above-captioned matter in support of the Government's request to stay an injunction of the CDC Order suspending the introduction of unaccompanied alien children into the United States, and authorizing their prompt expulsion from the United States to, among other things, avoid overcrowding in Government facilities.

6.  HHS and its component CDC consistently ensure that any orders and policies designed to protect the public health are based on the best available information. Such orders and policies are thus appropriately tailored and not overbroad, including in this setting.[1] CDC also conducts regular reviews to ensure that the Order is in effect no longer than necessary.

7.  I submit this declaration in order to provide the Court with the latest information concerning the severity of the COVID-19 pandemic in the United States and the healthcare resource utilization rates in the most severely impacted areas, particularly the Southwest border states of Texas, California, Arizona, and New Mexico.

---

[1] *See* Order Suspending the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 85 Fed. Reg. 65806 (Oct. 16, 2020) at 6-7 (explaining that the Order remains in place until the CDC Director "determine[s] that the danger of further introduction of COVID-19 into the United States has ceased to be a danger to the public health, and continuation of this Order is no longer necessary to protect public health").

8. Maintaining the CDC Order, as I explain below, is essential to protecting the health and safety of all persons living in the Southwest border area.

*** Professional Background ***

9. I spent more than 20 years as a career officer and physician in the United States Air Force before retiring as a Colonel. Over the course of my career, I have held senior positions in the White House, the U.S. Senate, and the Department of Defense. Most recently, I served as the Deputy Staff Director to the Senate Select Committee on Intelligence.

10. I previously served as staff director for Senator Richard Burr's subcommittee on bioterrorism and public health in the 109th Congress, where I was instrumental in drafting the Pandemic and All-Hazard Preparedness Bill, which was signed into law to improve the nation's public health and medical preparedness and response capabilities for emergencies.

11. I also served at the White House from 2002 to 2005 as director for biodefense on the Homeland Security Council, where I was responsible for conducting the biodefense end-to-end assessment, which culminated in the drafting of the National Biodefense Policy for the 21st Century. I served as Special Assistant to President George W. Bush for Biodefense Policy from 2007 to 2009.

12. Earlier in my career, I served as the Special Advisor for counter proliferation policy at the Office of the Secretary of Defense, where I assisted Department of Defense efforts to counter chemical, biological, radiological, and nuclear threats in the wake of 9/11 and contributed to the FBI investigation of the anthrax letter attacks. I began my career as a flight surgeon for the 16th Special Operations Wing and subsequently served as a surgeon for the 24th Special Tactics Squadron and as Special Assistant to J-2 for Chemical and Biological Warfare at the Joint Special Operations Command. I was named U.S. Air Force Flight Surgeon of the Year in 1986.

3

13. I hold a bachelor's degree from the United States Air Force Academy, a doctorate of medicine and a master's degree in tropical medicine and hygiene from the Uniformed Services University of the Health Sciences, as well as a master's degree in national security studies from Georgetown University.

***COVID-19 is rapidly spreading throughout the United States.[2]***

14. All surveillance indicators show that COVID-19 has been spreading rapidly throughout the United States since September 2020.

15. For instance, nationally, the overall percentage of respiratory specimens testing positive for SARS-CoV-2, the virus that causes COVID-19, increased from 8.4% during the week ending October 31, 2020 to 10.5% during week ending November 7, 2020.

16. The overall percentage of visits to outpatient providers or emergency departments for influenza-like illness or COVID-like illness has been increasing since mid-September in all areas of the country. As of November 15, the United States has experienced a 47% increase in the 7-day average of new cases with an average of 152,978 new cases over the past 7-days versus 104,418 over the previous 7-days. During the same time period, there has been a 27% increase in the 7-day average of new deaths (1,206 compared to 949). The 7-day average number of hospitalizations of confirmed COVID-19 patients is up 22.1% as of November 15. In other words, more Americans are getting infected with COVID-19, more Americans are dying of COVID-19, and more of those infected with COVID-19 are requiring hospitalization. HHS expects these trends to continue into the coming months.

***The public health situation is particularly dire along the Southwest border.***

---

[2] CDC, Coronavirus Disease 2019 (COVID-19), Key Updates for Week 45, ending November 7, 2020 (Nov. 13, 2020), https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html.

4

17. Due to a variety of factors, uncontrolled community transmission is now occurring in wide swaths of the country. In particular, the number of COVID-19 infections has skyrocketed in areas of Texas, California, Arizona, and New Mexico, placing significant strain on local healthcare systems.

### *Texas*

18. As of November 16, 2020, there are 7,274 COVID-19 patients hospitalized in Texas.[3] Texas reports a total of 68,359 staffed hospital beds, leaving 11,811 hospital beds available for new patients, regardless of whether they are suffering from COVID-19 or some other condition.[4] As of November 16, 2020, Texas has a total of 938 ICU beds and 7,502 ventilators available across the state.[5]

19. As of November 17, 2020, Texas has the following number of hospital and ICU beds available in the "trauma service areas" (TSA) along the U.S.–Mexico border: El Paso: 366 beds, 36 ICU beds; Midland/Odessa: 574 beds, 54 ICU beds; San Antonio: 1289 beds, 160 ICU beds; Laredo: 50 beds, 9 ICU beds; Lower Rio Grande Valley: 1127 beds, 82 ICU beds.[6]

20. Although Texas presently appears to have adequate hospital capacity to care for its population, taking into account the state's total healthcare resources, the virus is spreading quickly within the state[7], and I expect hospital systems in some localities will soon be overwhelmed if current trends continue.

---

[3] Texas Department of State Health Services, Hospitals – Statewide, https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/0d8bdf9be927459d9cb11b9eaef6101f.
[4] *Id.*
[5] *Id.*
[6] Texas Health and Human Services, Texas COVID-19 Data – Combined Hospital Data over Time by Trauma Service Area (TSA), https://dshs.texas.gov/coronavirus/AdditionalData.aspx.
[7] As of November 14, 2020, Texas has positivity rates ranging from 9.88% to 12.74%, depending on the methodology used to calculate positivity rates. Texas Department of State Health Services, Testing Positivity Rate, https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/0d8bdf9be927459d9cb11b9eaef6101f.

21. The El Paso region represents a particularly dire situation. Since September, El Paso's positivity rate has been steadily increasing, and peaked on November 7, 2020, with a positivity rate of 25.09%.[8] Despite a recent downward trend, the positivity rate as of November 15, 2020, remains unacceptably high at 19.37%.[9] For reference, a positivity rate above 5% indicates high levels of transmission of COVID-19.

22. The number of hospitalized COVID-19 patients in El Paso region has increased nearly tenfold since the start of September.[10] As of November 16, 2020, El Paso reported 33,935 active cases and 1,111 hospitalizations, including 300 patients in the intensive care unit (ICU).[11] As of November 18, there are only 366 available hospital beds and 36 available ICU beds in the El Paso region to serve a population of over 880,000 people.

23. Tragically, the number of fatalities is so great that the El Paso medical examiner's office has been forced to rely on 10 mobile morgue units and has enlisted the temporary assistance of inmates from the county's detention facility to assist in handling corpses until the National Guard is deployed to assist.[12]

24. In the month of November, 113 members of the Department of Health and Human Services' National Disaster Medical System, including four (4) mortuary affairs specialists, supported COVID-19 response operations in Texas. The Department of Defense provided 124 personnel supporting medical operations during this same time period. Additionally, the Veterans Health Affairs provided access to thirty (30) beds in Texas. As of today, seventy-seven (77)

---

[8] City of El Paso, City/County of El Paso COVID-19 Results, http://epstrong.org/results.php.
[9] *Id.*
[10] Alana Rocha, Texas Tribune, Incarcerated Texas enlisted to work in county morgue as COVID-19 deaths overwhelm El Paso, Nov. 15, 2020, https://www.texastribune.org/2020/11/15/coronavirus-texas-el-paso-inmates-morgue-deaths/.
[11] City of El Paso, City/County of El Paso COVID-19 Results, http://epstrong.org/results.php.
[12] Alana Rocha, Texas Tribune, Incarcerated Texas enlisted to work in county morgue as COVID-19 deaths overwhelm El Paso, Nov. 15, 2020, https://www.texastribune.org/2020/11/15/coronavirus-texas-el-paso-inmates-morgue-deaths/.

Emergency Support Function-8 federal public health and medical personnel remain deployed to Texas.

25. Earlier this month, on November 6, 2020, Governor Abbott announced that the Department of Defense (DOD) had deployed 20 military medical specialists to assist the effort to combat COVID-19 in El Paso.[13]

### *California*

26. Together, California and Texas comprise approximately 20% of the U.S. total case count, which exceeds 10 million infections. Like Texas, state data indicate that California's daily case counts have been on the rise since late September, following a turbulent summer when daily infections topped 12,000 on multiple occasions.[14]

27. According to the most recent figures, as of November 14, 2020, California has had a total of 1,019,345 cases, including 10,968 new cases reported that day.[15] There have been 18,253 COVID-19 deaths in California since the start of the pandemic.[16] California's 7-day positivity rate is 4.8% and the 14-day positivity rate is 4.4%.[17]

28. As of November 14, 2020, California has a total of 4,454 confirmed or suspected COVID-19 cases in hospital, including 1,094 in the ICU.[18]

---

[13] Press Release, Governor Abbott Announces Surge of Department of Defense Resources to El Paso, Nov. 6, 2020, https://gov.texas.gov/news/post/governor-abbott-announces-surge-of-department-of-defense-resources-to-el-paso.
[14] *Id.*
[15] California Department of Public Health, COVID-19 by the Numbers, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx.
[16] California Department of Public Health, Office of Public Affairs, State Officials Announce Latest COVID-19 Facts, November 15, 2020, https://www.cdph.ca.gov/Programs/OPA/Pages/NR20-301.aspx.
[17] *Id.*
[18] California Department of Public Health, COVID-19 by the Numbers, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx.

29. COVID-19 has had a significant impact on health care workers in California. As of November 14, local health departments have reported 47,400 confirmed positive cases among health care workers and 211 deaths statewide.[19]

30. In response to the rapidly escalating public health crisis, California has significantly rolled back its phased reopening plans and re-imposed restrictions on a majority of Californians according to the state's four-tier, color-coded reopening plan.[20] Effective November 17, 2020, 94% of Californians will live in counties that are in the strictest tier of the state's reopening plan (purple), under which most nonessential indoor business operations are closed.[21] As of November 18, Imperial, San Diego, Riverside, Orange, San Bernardino, Los Angeles, Ventura, Santa Barbara, and San Luis Obispo Counties are all in California's strictest tier based on their test positivity rate and adjusted case rate.[22] Governor Newsom also warned that additional, more restrictive measures may be imposed if the most recent restrictions are unable to curb the spread of COVID-19 in California, such as a state-wide curfew.[23]

### *Arizona*

31. Like its neighbors, Arizona is also grappling with a surge of COVID-19 infections and its public health systems are nearing maximum capacity.

32. As of November 11, 2020, Arizona has recorded a total of 276,912 cases and has a positivity rate of 10.3%.[24] New cases have exceeded 1,000 per day for 17 of the last 20 days, and

---

[19] California Department of Public Health, Office of Public Affairs, State Officials Announce Latest COVID-19 Facts, November 15, 2020, https://www.cdph.ca.gov/Programs/OPA/Pages/NR20-301.aspx.
[20] Luke Money & Rong-Gong Lin II, Los Angeles Times, California dramatically rolls back reopening amid unprecedented COVID-19 surge, Nov. 16, 2020, https://www.latimes.com/california/story/2020-11-16/california-coronavirus-cases-nearly-double-in-two-weeks.
[21] *Id.*
[22] 7-day average of daily COVID-19 cases per 100K with 7-day lag, adjusted for number of tests performed
[23] *Id.*
[24] Arizona Department of Health Services, Data Dashboard – Summary, https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php.

8

on November 14, 2020, Arizona recorded more than 3,000 new cases in a single day for the first time since late July.[25] The majority of reported cases (176,993) are located in Maricopa County, which is home to more than 60% of Arizona's total population.[26]

33. Arizona's healthcare system has been significantly impacted by COVID-19. State-wide, a total of 23,473 cases have been hospitalized since the start of the pandemic, or approximately 8% of cases.[27] Maricopa County alone has seen a total of 14,621 hospitalizations for COVID-19.[28]

34. Arizona's healthcare system is nearing capacity in terms of available in-patient and ICU hospital beds. As of November 15, 2020, 18% of Arizona's hospital beds are occupied by COVID-19 patients. Given that 69% of hospital beds are occupied by non-COVID-19 patients, Arizona has only 13% of its beds (1,152) left to care for new patients, whether suffering from COVID-19-related or some other condition.[29] Similarly, as of November 15, 2020, 22% of Arizona's ICU beds are occupied by COVID-19 patients.[30] Given that 65% of ICU beds are occupied by non-COVID-19 patients, Arizona has only 12% of its ICU beds (208) left to care for new patients. Hospitals in Tucson and Pima County are currently at or near maximum capacity. As of November 12, 2020, Pima County Health Department reported 180 available emergency

---

[25] Alison Steinbach, Arizona Republic, Arizona reports nearly 1,500 new COVID-19 cases as hospital metrics continue to rise, Nov. 16, 2020, https://www.azcentral.com/story/news/local/arizona-health/2020/11/16/arizona-covid-19-nov-16-update-1-476-new-cases-no-new-known-deaths/6309993002/.

[26] Arizona Department of Health Services, Data Dashboard – Summary, https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php.

[27] Arizona Department of Health Services, Data Dashboard – Hospitalization, https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php.

[28] *Id.*

[29] Arizona Department of Health Services, Data Dashboard – Hospital Bed Usage & Availability: Inpatient Bed Usage & Availability, https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php.

[30] Arizona Department of Health Services, Data Dashboard – Hospital Bed Usage & Availability: ICU Bed Usage & Availability, https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/index.php.

department beds, 118 available medical surge beds, and only 29 available ICU beds.[31] By comparison, the situation a month earlier was dramatically different; on October 13, Pima County reported 384 available emergency department beds, 1,574 available medical surge beds, and 340 available ICU beds.[32]

### *New Mexico*

35. New Mexico has recorded a total of 64,201 infections and 1,215 deaths since the start of the pandemic.[33] There are a total of 56,289 active cases in the state, 8,124 of which were reported in the last 7 days.[34] The state has recorded 182 COVID-19 deaths over the past two weeks, a record over the course of the pandemic, and a 143 percent increase over the prior two-week period.[35]

36. The total COVID-19 hospitalizations in the state have risen at least 214 percent over the last four weeks.[36] According to New Mexico's November 9 2020 COVID-19

---

[31] https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Health/COVID-19/Report%20Files/Hospital%20Reports/201112%20Pima%20County%20Hospital%20Capacity%20Report.pdf

[32] https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Health/COVID-19/Report%20Files/Hospital%20Reports/Hospital%20Report%20COVID_10.16.2020.pdf

[33] New Mexico Department of Health, COVID-19 in New Mexico, https://cvprovider.nmhealth.org/public-dashboard.html.

[34] New Mexico Department of Health, New Mexico COVID-19 Cases Update Nov. 9, 2020 at 1, available at https://cv.nmhealth.org/wp-content/uploads/2020/11/State-Report-9Nov2020.pdf.

[35] Press Release, New Mexico Department of Health, "N.M. hits 'reset,' re-enacting most heightened level of statewide public health restrictions (Nov. 13, 2020), https://cv.nmhealth.org/2020/11/13/n-m-hits-reset-re-enacting-most-heightened-level-of-statewide-public-health-restrictions/; *see also* New Mexico Department of Health, New Mexico COVID-19 Hospitalization Update Nov. 9, 2020 at 2-3, available at https://cv.nmhealth.org/wp-content/uploads/2020/11/hospitalizations_covid19_public-report_11.9.20_final.pdf (charts depicting new hospital admissions per 100,000 population each week (p.2) and daily number or reported hospitalized cases and percentage requiring ventilator (p.3)).

[36] Press Release, New Mexico Department of Health, "N.M. hits 'reset,' re-enacting most heightened level of statewide public health restrictions (Nov. 13, 2020), https://cv.nmhealth.org/2020/11/13/n-m-hits-reset-re-enacting-most-heightened-level-of-statewide-public-health-restrictions/; *see also* New Mexico Department of Health, New Mexico COVID-19 Hospitalization Update Nov. 9, 2020 at 2-3, available at https://cv.nmhealth.org/wp-content/uploads/2020/11/hospitalizations_covid19_public-report_11.9.20_final.pdf (charts depicting new hospital admissions per 100,000 population each week (p.2) and daily number or reported hospitalized cases and percentage requiring ventilator (p.3)).

Hospitalization Report, approximately 17% of hospitalized COVID-19 patients have succumbed to the disease.[37] Currently, 738 patients are hospitalized, a single day increase of 132 admissions.[38]

38. On November 13, 2020, in response to the unprecedented spike in COVID-19 infections and escalating strain on local healthcare systems, New Mexico re-imposed restrictions on in-person services and non-essential activities, effective November 16, 2020 through Monday, November 30, 2020.[39]

38. New Mexico residents have been instructed to remain at home, with an exception for trips essential to health, safety, and welfare—such as for food and water, emergency medical care, to obtain a flu shot or to obtain a test for COVID-19.[40] Essential businesses are limited in the number of customers permitted onsite (25% of maximum occupancy or 75 customers at any one time, whichever is smaller), and must close by 10:00p.m. In-door dining is prohibited at bars and restaurants, which may only offer curbside pickup and delivery options. There is a $5,000-a-day fine for violations.

39. Public health authorities in New Mexico have expressly stated that aggressive restrictions are essential to prevent mass casualties and avoid the public health calamity currently unfolding in El Paso, Texas.[41]

### *The COVID-19 Pandemic in Mexico Poses a Serious Risk to U.S. Public Health*

40. As of November 23, 2020, Mexico reports 1,217,657 estimated cases and 117,487 estimated deaths. Mexico's positivity rate is estimated to be around 62.3% based on confirmed

---

[37] New Mexico Department of Health, New Mexico COVID-19 Hospitalization Update Nov. 9, 2020, available at https://cv.nmhealth.org/wp-content/uploads/2020/11/hospitalizations_covid19_public-report_11.9.20_final.pdf.
[38] New Mexico Department of Health, COVID-19 in New Mexico, https://cvprovider.nmhealth.org/public-dashboard.html.
[39] Press Release, New Mexico Department of Health, "N.M. hits 'reset,' re-enacting most heightened level of statewide public health restrictions (Nov. 13, 2020), https://cv.nmhealth.org/2020/11/13/n-m-hits-reset-re-enacting-most-heightened-level-of-statewide-public-health-restrictions/
[40] *Id.*
[41] *Id.*

11

positive cases, confirmed negative tests, and suspected cases. Mexico's official statistics for COVID infections and number of deaths provide insights to general trends, but have serious deficiencies and greatly understate actual totals.

41. The actual number of COVID-19 cases and deaths are likely multiples higher than official statistics. Mexico has among the lowest diagnostic testing per capita of OECD countries, with daily testing having never exceeded 20,000. Mexico recorded 193,170 excess deaths from January 1 to September 27, 2020 as compared to the average number of deaths during the same period in 2015-2018.[42] By contrast, Mexico only reported 73,697 confirmed COVID-19 deaths for the same period. In mid-July, 2020, weekly deaths reached double the expected level and remained steady at 30% above expected deaths through the end of September.[43] The excess suggests the true number of deaths from COVID in Mexico is much higher than official counts.

42. In recent weeks, Mexico has seen spikes in cases in many states. The increase reflects the higher number of cases in Mexico City, State of Mexico, Nuevo Leon, Guanajuato, Sonora, Coahuila, Puebla, and Jalisco.[44] The CDC continues to recommend that travelers should avoid all travel to Mexico given the very high levels of COVID-19 in Mexico.[45]

43. As of November 11, 2020, the highest rates of hospital occupancy can be found among the Mexican border states of Chihuahua, Coahuila, and Nuevo Leon.

44. The Mexico Secretary of Health (SALUD) utilizes stoplight designations for COVID-19 risk level (red to green, from higher to lower).[46] On November 20, 2020 SALUD updated its designations for its 32 states and federal entities. Two states are green, 15 are yellow,

---

[42] Owen Dyer, Covid-19: Mexico acknowledges 50 000 more deaths than official figures show, *BMJ,* 2020; 371 (Published 29 October 2020), available at https://www.bmj.com/content/bmj/371/bmj.m4182.full.pdf
[43] *Id.*
[44] U.S. Department of State, Mexico Bi-Weekly Sitreps (November 22, 2020).
[45] CDC, Travelers' Health: COVID-19 in Mexico, (Nov. 21, 2020), https://wwwnc.cdc.gov/travel/notices/covid-4/coronavirus-mexico.
[46] U.S. Department of State, Mexico Bi-Weekly Sitreps (November 22, 2020).

14 are orange, and two are red. The border state of Chihuahua is red, as is the state to its immediate south, Durango. Under the red risk level, only essential activities are allowed with even public areas like parks limited to 25% occupancy.

45.     Baja California, Sonora, Coahuila, and Nuevo Leon are all currently at orange, the second highest level. Under orange, hotels, restaurants, barbershops, open-air parks, and gyms are limited to 50 percent capacity. Markets and supermarkets will operate at 75 percent capacity. Additionally, shopping malls, churches, cinemas, theaters, museums, and cultural events will be limited to 25-percent capacity. Among border states, only Tamaulipas is in yellow, the second lowest risk level. Under yellow, all work activities are permitted. Public space may open on a regular basis, while enclosed public spaces can open with reduced capacity. No border state is in the green risk level.

46.     Recently, SALUD confirmed that it does not currently have the capacity to receive and distribute the Pfizer vaccine because it lacks sufficient cold storage supply chains.[47]

***Enjoining the CDC Order will exacerbate the current public health crisis***

47.     Information provided to me by the Department of Homeland Security (DHS) indicates that the number of encounters with covered aliens, including minors, along the Southwest border have steadily increased since the CDC Order first went into effect in March 2020. For instance, the two most active U.S. Border Patrol sectors, Rio Grande Valley (RGV) and Tucson, reported 1,525 and 1,306 encounters with covered aliens in March 2020, respectively, whereas in October, these regions reported 13,035 and 8,664 enforcement encounters, respectively.[48]

48.     With respect to unaccompanied alien minors (UAC), DHS reports that, in the 6-day period between November 18 and November 23, 2020, Customs and Border Patrol (CBP)

---

[47] U.S. Department of State, Mexico Bi-Weekly Sitreps (November 22, 2020).
[48] *See* "USBP Encounters by Sector 3.21 – 10.31.pptx"

13

apprehended 997 UAC. Further, CBP anticipates that the number of minors apprehended by CBP will increase by 50 percent within 120 days of the District Court Order. *See* Declaration of Mark Morgan, ¶¶ 3-4, 5-6, filed contemporaneously herewith.

49. As a result of the November 18 injunction, a significant number of covered alien minors who are currently being expelled from the United States will be held in congregate facilities operated by DHS before being transferred to Office of Refugee Resettlement ("ORR"), which itself is operating under significantly limited capacity. For instance, ORR reports that its total capacity has been reduced by approximately 40% as a result of its own COVID-19 protocols. Based on projections provided by CBP, ORR estimates that its capacity along the southwest border will be exhausted by January 7, 2021 with nationwide capacity exhausted by February 6, 2021. Troublingly, ORR's internal projections which account for available ORR bed type show southwest border capacity will be exhausted nearly one month sooner on December 12, 2020 with full nationwide capacity exhausted on January 13, 2020. *See* Declaration of Nicole Cubbage, ¶¶ 7-8, 19-21, filed contemporaneously herewith.

50. In the event ORR's capacity is exhausted, ASPR will likely be called upon to assist ORR and DHS in managing an influx of UACs, as well as, the necessary medical staging or quarantining of UACs at a time when the agency is fully engaged in meeting the domestic needs of the COVID-19 response, including critical activities such as PPE and vaccine distribution.

51. To date, the largest federally managed quarantine operations were the missions to repatriate and quarantine U.S. citizens, permanent residents, and other who wanted to return to the United States from Wuhan, China and from a number of cruise ships then experiencing COVID-19 outbreaks.

52. The Wuhan repatriation and quarantine operation required the agencies to secure charter flights from the PRC to the United States, secure and prepare appropriate facilities to house individuals, transport individuals to and from these facilities, implement infection-control and infection-prevention measures at the facilities, test and medically monitor individuals, and provide "wrap-around" services for individuals (e.g., food and other necessary personal services).

53. The agencies had to secure sites because the Federal government no longer operates Public Health Service hospitals capable of acting as dedicated quarantine and isolation facilities able to house hundreds of people for multiple weeks. Securing quarantine sites was challenging because when the agencies identified suitable facilities, local officials sometimes objected to the use of the facilities. Ultimately military facilities were used as quarantine sites, hotels were used as isolation sites, and beds at hospitals for persons who required medical care.

54. During the same time frame, cruise ships—including the *Diamond Princess* (Asia), the *Grand Princess* (California to Mexico, California to Hawaii) experienced a number of COVID-19 clusters and outbreaks. In February 2020, HHS, the Department of State and other agencies repatriated approximately 329 travelers from the *Diamond Princess* to the United States, where they entered quarantine or isolation at Federal sites. Following an outbreak onboard the U.S.-

bound *Grand Princess* in March 2020, HHS and other agencies conducted a massive operation to disembark and quarantine or isolate approximately 2,000 travelers from the *Grand Princess*.

55. The combined Federal quarantine and isolation of individuals from the cruise ships and flights from Hubei Province, constituted the largest and most burdensome Federal quarantine and isolation operation in modern American history. Quarantine sites required support staffs of over 1,000 Federal personnel and contractors working around-the-clock. By contrast, as of November 20, 2020, ASPR had approximately 70 public health service corps and part-time National Disaster Medical Service personnel available to deploy. The entire operation lasted approximately eight weeks and consumed thousands of working hours.

56. Even assuming the resources existed to undertake such large scale quarantine and isolation operations, a protracted field operation of this kind would be a drain on HHS leadership and personnel and could jeopardize the Department's ability to manage other critical COVID-19 response operations, such distribution of Operation Warp Speed vaccines.

57. Based on recent past experience, federal quarantine and isolation operations on the scale required to mitigate the public health risk currently posed by the introduction of covered aliens into the United State are not practicable. In sum, the injunction threatens to create the very public health crisis the CDC Order was intended to avoid, by fostering overcrowded conditions in government facilities that are conducive to further COVID-19 outbreaks.

58. At this juncture in the pandemic, it is vitally important that every effort be made to reduce the strain on local health care systems in severely affected areas and ensure dwindling healthcare resources are available to meet the needs of the domestic population.

Executed on November 25, 2020.

_____
Robert Kadlec