# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S. A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Reconsider the Court's Denial of A Stay of Preliminary Injunction Pending Appeal and all supporting materials, as well as any opposition and reply thereto, and for good cause shown, it is hereby

**ORDERED** that Defendants' Motion to Reconsider the Denial of a Stay of this Court's November 18, 2020 Order is **GRANTED**.

**SO ORDERED.**

Dated: _____　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Celso Perez
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(646) 905-8953
Cperez@aclu.org

Arthur B. Spitzer
American Civil Liberties Union of the District of Columbia
915 15th Street, NW 2nd Floor
Washington, DC 20005
Phone: (202) 601-4266
Fax: (202) 457-0805
Artspitzer@gmail.com

Efren Carlos Olivares
Texas Civil Rights Project
1017 West Hackberry Avenue
Alamo, TX 78516
(956) 787-8171 ext. 121
Efren@texascivilrightsproject.org

Jamie L. Crook
Center for Gender and Refugee Studies
200 McAllister Street
San Francisco, CA 94102
Phone: (415) 565-4877
Fax: (415) 581-8824
Crookjamie@uchastings.edu

Adrienne Pon Harrold
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
415-490-5695
Aharrold@aclu.org

Daniel Antonio Galindo
ACLU Foundation Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
(646) 905-8907

Dgalindo@aclu.org

Lee Gelernt
American Civil Liberties Union Foundation
125 Broad Street 18th Floor
New York, NY 10004
Phone: (212) 549-2616
Fax: (212) 549-2654
Lgelernt@aclu.org

Morgan Russell
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111
415-343-0776
Irp_Mr@aclu.org

Stephen Bonggyun Kang
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0774
Fax: (415) 395-0950
Skang@aclu.org

Cody H. Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0785
Fax: (415) 395-0950
Cwofsy@aclu.org

Karla Vargas
Texas Civil Rights Project
1017 W. Hackberry Avenue
Alamo, TX 78516
(512) 731-2576
Kvargas@texascivilrightsproject.org

Robert Silverman
Oxfam America
226 Causeway Street, Suite 500
Boston, MA 02114
(617) 482-1211
robert.silverman@oxfam.org

Ming Cheung
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(646) 610-9943
MCheung@aclu.org

Scott Michelman
American Civil Liberties Union of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

Jean Lin
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street, NW Room 11532
Washington, DC 20005
Phone: (202) 514-3716
Fax: (202) 616-8470
Jean.Lin@usdoj.gov

Kevin Snell
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street, NW
Washington DC 20005
Phone: (202) 305-0924
Fax: (202) 616-8460
Kevin.Snell@usdoj.gov

Tanya D. Senanayake
U.S. Department of Justice, Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305-1953
Tanya.Senanayake@usdoj.gov