# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, ACTING SECRETARY OF HOMELAND SECURITY, in his official capacity, et al.,<br><br>*Defendants*. | No. 20-cv-02245-EGS-GMH |

## ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

Upon consideration of the parties' Joint Motion for Extension of Time to Submit Joint Status Report, it is hereby ORDERED that the motion is GRANTED. The parties shall submit a joint status report on or before December 14, 2020.

**SO ORDERED.**

Dated: _____          _____
                                                G. MICHAEL HARVEY
                                                United States Magistrate Judge