# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,

*Plaintiff*,

v.

CHAD F. WOLF, ACTING SECRETARY OF HOMELAND SECURITY, in his official capacity, et al.,

*Defendants*.

No. 20-cv-02245-EGS-GMH

## ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

Upon consideration of the parties' Joint Motion for Extension of Time to Submit Joint Status Report, it is hereby ORDERED that the motion is GRANTED. The deadline for the parties to file a joint status report is EXTENDED from December 14, 2020 to seven days after the U.S. Court of Appeals for the D.C. Circuit resolves Defendants' pending motion to stay preliminary injunction.

**SO ORDERED.**

Dated: _____

_____
G. MICHAEL HARVEY
United States Magistrate Judge