# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>      Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

## **ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to Submit Joint Status Report, and for good cause shown, the Motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that the parties shall file a joint status report by February 12, 2021.


Dated: _____                              _____