**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and Next Friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, in his official capacity, et al.,<br><br>*Defendants*. | No. 20-cv-02245-EGS-GMH |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT**

The parties jointly request that the Court extend the deadline for submitting a joint status report from February 12, 2021, to February 19, 2021. *See* Min. Order, ECF No. 99. The following good cause supports this motion.

1. On February 11, 2021, Defendant Rochelle P. Walensky, Director of the Centers for Disease Control and Prevention ("CDC"), issued a notice temporarily exempting the Class Members from expulsion under Title 42, "pending the outcome of [the agency's] forthcoming public health reassessment" of the Title 42 policy as a whole. *See* CDC, Notice of Temporary Exception From Expulsion of Unaccompanied Noncitizen Children Encountered in the United States Pending Forthcoming Public Health Determination (Feb. 11, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/CDCPauseNotice-ExceptfromExpulsion.pdf.

1

2. Granting a short extension for the parties to consider the impact of CDC's recent notice would conserve judicial resources and allow the parties to discuss and propose appropriate next steps in this case.

For the foregoing reasons, the parties respectfully request that their deadline for submitting a joint status report be extended to February 19, 2021.

Dated: February 12, 2021                            Respectfully submitted,

/s/Lee Gelernt
Lee Gelernt*
Daniel A. Galindo*
Celso J. Perez (D.C. Bar No. 1034959)
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice

BRIAN BOYNTON
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Tanya Senanayake*
TANYA SENANAYAKE (D.C. Bar 1006218)
KEVIN SNELL
Trial Attorneys
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

(202) 514-3716
Jean.Lin@usdoj.gov

*Attorneys for Defendants*