## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,

        Plaintiff,

   v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,

        Defendants.

Civil Docket No. 1:20-cv-02245-EGS-GMH

## JOINT STATUS REPORT AND JOINT MOTION TO HOLD IN ABEYANCE

Plaintiff and Defendants, by and through undersigned counsel, jointly provide this status report pursuant to this Court's February 19, 2021 Order, ECF No. 103, and further move for this Court to hold this action in abeyance until March 23, 2021.  In support of the motion, the parties state as follows:

1.     On November 18, 2020, this Court entered a preliminary injunction in this case, enjoining the expulsion of class members pursuant to the Centers for Disease Control and Prevention ("CDC") Order challenged in this case.  *See* Order, ECF Nos. 79, 80.  The government appealed that injunction and sought a stay of the injunction pending appeal.  On Friday, January 29, 2021, the United States Court of Appeals for the District of Columbia Circuit granted a stay pending appeal of this Court's decision and issued an expedited briefing schedule. Order, *P.J.E.S. v. Mayorkas, et al.*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. No. 1882899. On February 11, 2021, CDC Director Rochelle P. Walensky issued a notice explaining that CDC has temporarily excepted from expulsion Class Members under Title 42, "pending the outcome of [the agency's] forthcoming public health reassessment" of the Title 42 policy as a whole.  *See*

CDC, Notice of Temporary Exception From Expulsion of Unaccompanied Noncitizen Children

Encountered in the United States Pending Forthcoming Public Health Determination (Feb. 11,

2021), https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/CDCPauseNotice-Exceptfrom

Expulsion.pdf.

      2.      Pursuant to this Court's order of February 19, 2021, the parties are to submit a

joint status report by February 26, 2021, proposing the next steps in this case.

      3.      The parties have begun to explore whether it may be possible to resolve or narrow

the dispute at issue in this case.  The parties believe the most reasonable and efficient course of

action is to temporarily stay further proceedings in this action to allow such discussions to occur.

The parties submit that such discussions present good cause to temporarily stay this action until

March 23, 2021.

      4.      The parties have agreed that either party may move to terminate the abeyance by

filing a motion seeking such relief.

      5.      Therefore, the parties jointly request that the Court hold this case in abeyance

until March 23, 2021, and that the parties file a joint status report by that date.  A proposed order

is attached.


February 24, 2021

Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Acting Assistant Attorney General

                                    JEAN LIN
                                    Special Litigation Counsel

                                    */s/ Tanya Senanayake*
                                    TANYA SENANAYAKE (D.C. Bar 1006218)
                                    KEVIN SNELL
                                      Trial Attorneys
                                    Federal Programs Branch
                                    Civil Division, Department of Justice
                                    1100 L Street, N.W.

Washington, D.C. 20005
(202) 514-3716
Jean.Lin@usdoj.gov

*Attorneys for Defendants*


/s/ *Lee Gelernt*_____
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
Ming Cheung*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice