## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>        Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion to Hold in Abeyance and for good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED.**

It is **FURTHER ORDERED** that the parties shall file a joint status report by March 23, 2021.


Dated: _____                                    _____