IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>   Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

## ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file a joint status report on or before May 24, 2021.

Dated: April 23, 2021

                                 _____
                                 G. MICHAEL HARVEY
                                 U.S. MAGISTRATE JUDGE