**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | Civil Docket No. 1:20-cv-02245-EGS-GMH |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al., | |
| Defendants. | |

**ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file a joint status report on or before June 22, 2022.


DATED: April        25,        2022        _____