IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>    Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

**JOINT STATUS REPORT**

Plaintiff and Defendants, by and through undersigned counsel, jointly provide this status report pursuant to this Court's Order issued on September 9, 2022, ECF No. 141, and request that the Court enter the briefing schedule proposed below.

1. On November 18, 2020, this Court entered a preliminary injunction in this case, enjoining the expulsion of class members pursuant to the Centers for Disease Control and Prevention ("CDC") Order issued on October 13, 2020. *See* Order, ECF Nos. 79, 80. The government appealed that injunction and sought a stay of the injunction pending appeal. On January 29, 2021, the United States Court of Appeals for the District of Columbia Circuit granted a stay pending appeal of this Court's decision and issued an expedited briefing schedule. Order, *P.J.E.S. v. Mayorkas, et al.*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. No. 1882899.

2. On February 11, 2021, the CDC Director issued a notice stating that CDC had temporarily excepted from expulsion unaccompanied noncitizen children encountered in the United States "pending the outcome of [the agency's] forthcoming public health reassessment" of the Title 42 policy. *See* CDC, Notice of Temporary Exception From Expulsion of Unaccompanied Noncitizen Children Encountered in the United States Pending Forthcoming

1

Public Health Determination (Feb. 11, 2021), https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/CDCPauseNotice-ExceptfromExpulsion.pdf.

3. The parties then moved to hold the proceedings in the Court of Appeals and in this Court in abeyance while they explored whether it may be possible to resolve or narrow the dispute at issue in this case. *See* ECF Nos. 106, 108. The D.C. Circuit granted the abeyance motion, Order, *P.J.E.S. v. Mayorkas, et al.*, No. 20-5357 (D.C. Cir. Mar. 2, 2021), Doc. No. 1887945, and this Court similarly granted the parties' abeyance requests, *see* Feb. 24, 2021 Minute Order; Mar. 24, 2021 Order, ECF No. 109; May 25, 2021 Order, ECF No. 118; June 23, 2021 Order, ECF No. 120; July 26, 2021 Order, ECF No. 122; Aug. 24, 2021 Order, ECF No. 125; Oct. 22, 2021 Order, ECF No. 128.

4. On July 16, 2021, the CDC issued an order "except[ing] unaccompanied noncitizen children . . . from the [CDC's] October [13, 2020] Order."[1] The CDC explained that the July 16 Order "supersede[d]" the notice issued on February 11, 2021.[2] The July 16 Order was subsequently "made a part of," and incorporated by reference as if fully set forth" in, a subsequent CDC Order issued on August 2, which also governed families and single adults and which superseded the October 13, 2020 order upon which the Preliminary Injunction was based.[3]

5. The parties thereafter agreed to continue the abeyance while they conferred about further proceedings in this case and about certain prior compliance issues. ECF Nos. 127, 130, 131, 134.

---

[1] *See* Order Under Sections 362 & 365 of the Public Health Service Act (42 U.S.C. 265, 268) and 42 CFR 71.40; Public Health Determination Regarding an Exception for Unaccompanied Noncitizen Children From the Order Suspending the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 86 Fed. Reg. 38717, 38718 (July 22, 2021).

[2] *Id.* at 38720.

[3] Public Health Reassessment and Order Suspending the Right To Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, 86 Fed. Reg. 42828, 42829 n.5 (Aug. 5, 2021).

6. On March 11, 2022, CDC terminated all prior suspension orders to the extent they applied to unaccompanied children.[4]

7. On April 1, 2022, CDC issued an order seeking to terminate all other prior suspension orders under 42 U.S.C. 265 and delayed implementation of the termination order until May 23, 2022.[5]  The CDC's termination order was preliminarily enjoined on May 20, 2022. *See Louisiana v. CDC*, No. 6:22-cv-00885 (W.D. La.), Preliminary Injunction Order, ECF No. 91 (May 20, 2022).  The government has appealed that ruling to the Fifth Circuit.  *See Louisiana v. CDC*, No. 22-30303 (5th Cir.).  The preliminary injunction has no impact on CDC's March 11, 2022 order concerning unaccompanied children.

8. Following the filing of another joint status report with this Court, ECF No. 136, on August 30, 2022, the government filed with the D.C. Circuit a Motion to Terminate Abeyance, Vacate the District Court's Preliminary Injunction, and Remand to the District Court for a Determination of Whether the Case as a Whole is Moot ("Motion").  *See P.J.E.S. v. Mayorkas, et al.*, No. 20-5357 (D.C. Cir. Mar. 2, 2021), Doc. No. 1961507.  Plaintiff filed a partial opposition to the Motion.  *See P.J.E.S. v. Mayorkas*, No. 20-5357 (D.C. Cir. Mar. 2, 2021), Doc. No. 1962882.

9. On October 17, 2022, the D.C. Circuit issued an order lifting the abeyance of the appellate proceedings and remanding the case to this Court to "consider whether all or part of the case has become moot."  *See* Order, *P.J.E.S. v. Mayorkas*, No. 20-5357 (D.C. Cir. Oct. 17, 2022), Doc. No. 1969141.  The D.C. Circuit directed this Court to "consider [Defendants'] request for vacatur [of this Court's preliminary injunction] as a motion for relief from an order pursuant to Federal Rule of Civil Procedure 60(b)."  *Id.*

---

[4] *See* Public Health Reassessment and Immediate Termination of Order Suspending the Right To Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists With Respect to Unaccompanied Noncitizen Children, 87 Fed. Reg. 15243 (Mar. 17, 2022).

[5] Public Health Determination and Order Regarding Suspending the Right To Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 87 Fed. Reg. 19941 (Apr. 6, 2022).

10. The parties have met and conferred and jointly propose the following briefing schedule for briefing the mootness issue:

- November 22, 2022:  Defendants to file memorandum of law in support of motion to dismiss this case as moot or, in the alternative, for relief from this Court's preliminary injunction order

- January 9, 2023:  Plaintiff to file response to Defendants' motion

- January 23, 2023:  Defendants to file reply in support of motion

A proposed order reflecting these dates is attached.

Dated: October 28, 2022                                   Respectfully submitted,


                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ John Robinson
JOHN ROBINSON
Trial Attorney (D.C. Bar # 991478)
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for Defendants*


/s/ Lee Gelernt
Lee Gelernt*
Daniel A. Galindo*
Omar Jadwat*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

*Attorneys for Plaintiff*

*Admitted pro hac vice