# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

## ORDER

Upon consideration of the parties' October 31, 2022 Joint Status Report, it is hereby

**ORDERED** that the following deadlines shall govern Defendants' motion to dismiss this case as moot or, in the alternative, for relief from this Court's preliminary injunction order:

- November 22, 2022: Defendants to file memorandum of law in support of motion to dismiss this case as moot or, in the alternative, for relief from this Court's preliminary injunction order

- January 9, 2023: Plaintiff to file response to Defendants' motion

- January 23, 2023: Defendants to file reply in support of motion

DATED: _____

G. Michael Harvey,
U.S. Magistrate Judge