UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>　　　　　　Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

**DEFENDANTS' MOTION TO DISMISS AS MOOT OR, IN THE ALTERNATIVE, TO VACATE THE COURT'S PRELIMINARY INJUNCITON**

Defendants hereby move to dismiss Plaintiff's complaint as moot or, in the alternative, to vacate the Court's preliminary injunction. The grounds for the motion are set forth in the attached memorandum of law.

Dated: November 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel, NY Bar #4074530
Federal Programs Branch

/s/ John Robinson
JOHN ROBINSON, DC Bar #1044072
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20530
Tel (202) 514-3716
Email: john.j.robinson@usdoj.gov

*Counsel for Defendants*