**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,

        Plaintiffs-Appellees,

  v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,

        Defendants-Appellants.

No. 20-5357

**DECLARATION OF GUADALUPE G. SERNA**

I, Guadalupe G. Serna, pursuant to 28 U.S.C. § 1746, based upon personal knowledge and information made known to me in the course of my official duties as well as from various records and systems maintained by DHS and reasonably relied upon in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1. I am currently employed as the Regional Deputy Attaché for Removal with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) Attaché Office in Guatemala City, Guatemala.  I have held this position since January 17, 2021.

2. This declaration is based upon information provided to me in my professional capacity by the Government of Guatemala, and information obtained from various records and systems maintained by DHS.

3. I have read and am familiar with the Memorandum Opinion and Order in *P.J.E.S. v. Wolf*, No. 20-2245 (D.D.C. Nov. 18, 2020), issued on November 18, 2020, preliminarily enjoining the expulsion of unaccompanied noncitizen children pursuant to Section 265 of Title 42 of the United States Code. I am also familiar with the Notice to the Court, filed on January 19, 2021, advising the district court that 32 Guatemalan class members had been returned to Guatemala by a government flight that took off minutes after the district court issued the preliminary injunction and expressing DHS commitment to facilitate the return of those individuals among the 32 expelled who wished to return to the United States to be processed until Title 8.

4. At the request of plaintiffs' counsel, the government worked through the Government of Guatemala to secure the return of those individuals.

5. In January 2022, the Government of Guatemala notified me that 10 of the 32 individuals had returned to the United States on their own.  In April 2022, the Government of Guatemala updated its report to reflect a total of 22 had returned.  Of the remaining 10 individuals, the Government of Guatemala advised that four had declined and six were willing to return to the United States.  However, one of those six individuals ultimately stopped responding to DHS's outreach.

6. DHS agreed to parole the remaining five individuals, all of whom are over the age of 18.

7. Four of those individuals have been paroled into the United States and issued Notices to Appear before the immigration court as adults. They have reached their final destination and are currently with their family members in the United States.  As to the fifth individual, DHS lost contact with him as it attempted to make travel arrangements for him but was informed by the individual's brother that the individual had decided to make his own way to the United States.

8. Based on the above, DHS has returned all individuals who desired to return to the United States with DHS's assistance and the status of the 32 individuals has been resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 29 August 2022, at Guatemala City, Guatemala.

GUADALUPE G SERNA
Digitally signed by GUADALUPE G SERNA
Date: 2022.08.29 16:52:46 -06'00'

Guadalupe G. Serna
Regional Deputy Attaché for Removal
ICE Attaché Office
U.S. Immigration and Customs Enforcement