UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>            Defendants. | Civil Docket No. 1:20-cv-02245-EGS-GMH |

## **[Proposed] Order**

Defendants' motion to dismiss Plaintiff's complaint as moot or, in the alternative, to vacate the Court's preliminary injunction is GRANTED. Plaintiff's complaint is dismissed as moot.

DATE: _____

                                                       HON. EMMET G. SULLIVAN