UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **P.J.E.S., a minor child by and through his father and next friend, Mario Escobar Francisco, on behalf of himself and others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity,** *et al.*,<br><br>**Defendants.** | Case No. 1:20-cv-2245 (EGS/GMH) |

**ORDER**

On November 22, 2022, the government filed a motion to dismiss the complaint in this case as moot or, in the alternative, to vacate the preliminary injunction entered on November 18, 2020. ECF No. 147; *see also* ECF No. 79. The scheduling order entered in connection with that motion to dismiss requires Plaintiffs to file their opposition on or before January 9, 2023, with the government's reply due on or before January 23, 2023. ECF No. 146. On January 6, 2023, Plaintiffs filed a motion to hold the briefing on the motion to dismiss in abeyance pending resolution of appellate proceedings in *Huisha-Huisha v. Mayorkas*, 21-cv-100, which is currently before the Supreme Court. ECF No. 148 at 1. The government plans to oppose Plaintiff's abeyance motion but consents to a 21-day extension of the briefing schedule on the motion to dismiss. *Id.* at 4. Accordingly, it is hereby

**ORDERED** that the briefing schedule on the government's motion to dismiss is extended by 21 days, such that Plaintiffs' opposition is due on or before **January 30, 2023**, and the government's reply is due on or before **February 13, 2023**. It is further

2

**ORDERED** that the government shall file any opposition to Plaintiffs' motion to hold the motion to dismiss in abeyance on or before **January 13, 2023**. Plaintiffs shall file any reply on or before **January 20, 2023**.

**SO ORDERED.**

Date: January 6, 2023

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE