IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.J.E.S., A MINOR CHILD, by and through his father and NEXT FRIEND, Mario Escobar Francisco, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, et al.,<br><br>　　　　　　Defendants. | No. 1:20-cv-02245-EGS-GMH |

**REPLY IN SUPPORT OF MOTION TO HOLD MOTION TO DISMISS IN ABEYANCE**

　　　　Defendants offer no good reason why their motion to dismiss should be briefed and decided now.  As they concede, in seeking dismissal they relied on the vacatur order in *Huisha-Huisha v. Mayorkas*, and that order is now on appeal with proceedings pending in the Supreme Court and the D.C. Circuit.  As Plaintiff indicated, if the vacatur order is affirmed he expects to stipulate to dismissal, and no further briefing or decision from this Court will be necessary.  Mot. 4.  Holding the motion to dismiss in abeyance is thus logical and preserves the parties' and Court's resources.  And while Defendants state that an abeyance would "unnecessarily prolong resolution" of the motion to dismiss, Opp. 3, they make *no* argument that they would be harmed in any way by simply holding the case in abeyance.  Nor could they—by their own admission, they are not presently seeking to expel unaccompanied children under the Title 42 policy.  So while it may be that the Court has an obligation to ascertain its jurisdiction before it *acts*, *see id.*, nothing prevents this Court from deferring that issue given that deciding it may well be rendered unnecessary by the *Huisha-Huisha* litigation.  Indeed, such abeyances pending related litigation and factual developments are commonplace.

1

Defendants' core response is that they believe the case is moot regardless of the stay of the *Huisha-Huisha* vacatur order. But that is non-responsive. To be sure, Plaintiff disputes that, absent affirmance in *Huisha-Huisha*, Defendants have carried their "heavy burden" of demonstrating that it is "absolutely clear" that the allegedly wrongful behavior could not reasonably be expected to recur. *Trinity Lutheran Church of Columbia, Inc. v. Comer*, 137 S. Ct. 2012, 2019 n.1 (2017) (*quoting Friends of the Earth, Inc. v. Laidlaw Envt'l Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000)) (internal quotation marks omitted). Indeed, while Defendants emphasize that they have terminated the Title 42 policy as applied to unaccompanied children, the fact is that they also sought to terminate the policy generally, and that latter order has been enjoined in other litigation on notice and comment grounds—forcing Defendants to keep the policy in place. *See* Mot. 2 (discussing that litigation; the Fifth Circuit argument has since been scheduled for March 8, 2023). But more importantly for the purposes of this motion, Plaintiffs' point is that it would preserve everyone's resources to defer briefing and deciding the mootness issue because it may be unnecessary. On that score, Defendants have no argument. The Court should hold the motion to dismiss in abeyance.

Dated: January 20, 2023

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt (Bar ID. NY0408)

Stephen B. Kang (Bar ID. CA00090)
Cody Wofsy (Bar ID. CA00103)
Morgan Russell*
My Khanh Ngo
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Daniel A. Galindo*
Omar Jadwat*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2660

Bernardo Rafael Cruz
Adriana Cecilia Pinon
American Civil Liberties Union
Foundation of Texas, Inc.

Robert Silverman*
Irit Tamir
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

2

5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146

Tamara F. Goodlette
Refugee and Immigrant Center for
Legal Education and Legal Services
(RAICES)
5121 Crestway Drive, Suite 105
San Antonio, TX 78239
Tel: (210) 960-3206

Karla M. Vargas*
Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of
the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Blaine Bookey
Anne Dutton
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*

3